# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

JOHN MILLAN,

       *Plaintiff*
       v.

HEALTHCARE REVENUE RECOVERY GROUP, LLC, d/b/a ARS Account Resolution Services,

       *Defendant*

Civil Action No. 1:22-cv-151

*[Process server stamp: 8/10/22 Time 8:10am, MCN. No. 171, is a certified process server in the Circuit and County Courts in and for the Second Judicial Circuit]*

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

HEALTHCARE REVENUE RECOVERY GROUP, LLC
c/o CORPORATION SERVICE COMPANY
1201 HAYS STREET
TALLAHASSEE, FL 32301-2525

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Shireen Hormozdi Bowman, Esq.
Hormozdi Law Firm, LLC/Agruss Law Firm, LLC
4809 N. Ravenswood Avenue, Suite 419
Chicago, IL 60640

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Date    8/5/2022

*/s/ Frank G. Johns/*
Frank G. Johns, Clerk
United States District Court

# RETURN OF SERVICE

UNITED STATES DISTRICT COURT
WESTERN District of Florida

Case Number: 1:2CV-151

Plaintiffs:
**JOHN MILLIAN,**

vs.

Defendant:
**HEALTHCASR REVENUE RECOVERY GROUP, LLC, D/B/A ARS ACCOUNT RESOLUTION SERVICES,**

For:
SHIREEN H. BOWMAN
HORMOZDI LAW FIRM, LLC
1770 INDIAN TRAIL LILBURN ROAD
SUITE 175
NORCROSS, GA 30093

Received by COURTESY PROCESS SERVERS on the 9th day of August, 2022 at 4:01 pm to be served on **HEALTHCARE REVENUE RECOVERY GROUP, LLC C/O CORPORATION SERVICE COMPANY, 1201 HAYS STREET, TALLAHASSEE, FL 32301-2525**.

I, MICHAEL C. NOLAN, do hereby affirm that on the **10th day of August, 2022** at **8:10 am, I:**

**CORPORATE:** served by delivering a true copy of the **SUMMONS IN CIVIL ACTION, PLAINTIFF'S COMPLAINT** with the date and hour of service endorsed thereon by me, to: **SHEENA BLACK** as **AUTHORIZED REPRESENTATIVE** for the Registered Agent of HEALTHCARE REVENUE RECOVERY GROUP, LLC C/O CORPORATION SERVICE COMPANY at the address of: **1201 HAYS STREET, TALLAHASSEE, FL 32301-2525**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 35+, Sex: F, Race/Skin Color: W, Height: 5'6, Weight: 155, Hair: BROWN, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. Under penalty of perjury I declare that the facts contained herein are true to the best of my knowledge. NO NOTARY REQUIRED PURSUANT TO F.S. 92.525 (2).

**MICHAEL C. NOLAN**
Certified Process Server, #111

**COURTESY PROCESS SERVERS**
**6800 BIRD ROAD**
**SUITE 191**
**MIAMI, FL 33155**
**(305) 330-1855**

Our Job Serial Number: MCN-2022011434

Copyright © 1992-2022 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2k